ROSELLI GRIEGEL LOZIER & LAZZARO, PC
Mark M. Roselli, Esquire
1337 State Highway 33
Hamilton Square, New Jersey 08690
(609) 586-2257
Attorneys for Defendants

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| (IN RE BAYSIDE STATE PRISON LITIGATION)<br><br>RICHARD BRAZIL,<br><br>Plaintiff,<br>v.<br><br>WILLIAM H. FAUVER, et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-2116<br><br>SPECIAL MASTER PROCEEDING<br><br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE |

THIS MATTER having been brought before the Court upon Complaint of the Plaintiff, with the matter having been scheduled to be presented before the Special Master on Monday, March 29, 2010, with counsel for both parties appearing before the Court on that date, and for good cause, the Special Master entered an oral decision recommending that the District Court enter an order dismissing this matter with prejudice, thus:

IT IS HEREBY ON THIS ____9____ DAY OF __March__, ORDERED:

THAT the complaints and allegations brought before the Court by the Plaintiff Richard Brazil in the above-captioned matter are hereby dismissed with prejudice.

Date: 3-9-11

HON. ROBERT B. KUGLER, U.S.D.J.